## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>JESSE TORRES<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:24-cr-00130-ODW-3<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** | |

Upon motion of _the parties_____, IT IS ORDERED that a detention hearing
is set for _February 11, 2025_____, _____, at _11_____ ☒a.m. / ☐p.m. before the
Honorable _Margo A. Rocconi_____, in Courtroom _540_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____(Other custodial officer)_

Dated: _2/6/2025_____

_____
U.S. District Judge/Magistrate Judge
Honorable Margo A. Rocconi